UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

NIDIA NUNEZ on behalf of her minor child J.N.,

                                         Plaintiffs,

                   -against-

NEW YORK CITY, POLICE OFFICER DAVID
ROSENBERG and POLICE OFFICER RICHARD
CHARLES, individually, and in their official capacity as
members of the New York City Police Department,

                                         Defendants.
------------------------------------------------------------------ x

**STIPULATION AND ORDER OF DISMISSAL**

12-CV-4661 (ILG) (CLP)

       **WHEREAS**, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

       1. The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

PetersonDelleCave LLP
*Attorneys for Plaintiff*
233 Broadway, Suite 1800
New York, NY 10279


By: /s/ Justin Delle Cave
Justin Delle Cave, Esq.


Dated: New York, New York
5/3, 2013

MICHAEL A. CARDOZO
Corporation Counsel of the
 City of New York
*Attorney for Defendants City and Rosenberg*
100 Church Street, Rm. 3-176
New York, New York 10007


By: /s/ Patrick Beath
Patrick Beath
*Assistant Corporation Counsel*

SO ORDERED:


HON. CHERYL L. POLLAK
UNITED STATES MAGISTRATE JUDGE

2